man against the International Railway Company.

PER CURIAM. Order affirmed, with costs.
WILLIAMS, J., dissents.

---

ECKSTEIN, Appellant, v. BRANNAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Frank Eckstein against John W. Brannan and others. J. M. Mayer, for appellant. C. L. Barber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

E. D. FOX CO., Respondent, v. JOHN H. MAHNKEN CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by the E. D. Fox Company against the John H. Mahnken Company and another. No opinion. Motion to dismiss appeal granted, with costs, unless notice of settlement is duly served and case settled within 20 days.

---

EGELSTON, Respondent, v. NEW YORK CENT. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Cora S. Egelston, as administrator, etc., against the New York Central & St. L. Railroad Company.

PER CURIAM. Orders affirmed, with costs.
McLENNAN, P. J., not sitting.

---

E. G. POTTER CO. v. SHEFFIELD. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by the E. G. Potter Company against Justus P. Sheffield. From a judgment for plaintiff, defendant appeals. Affirmed. Ralph J. Liebenderfer, for appellant. Watson & Kristeller, for respondent.

PER CURIAM. Judgment affirmed, with costs.

GOFF, J. (dissenting). The notice of appeal herein stated that the defendant appeals from the judgment. It is recited in the return that the defendant was personally served with the summons on the return day. Plaintiff and defendant appeared by their respective attorneys. Plaintiff filed a verified complaint. Defendant moved to set aside service of the summons. The cause was thereupon adjourned until the 9th of June, when the motion to set aside service of the summons was denied, and the cause again adjourned to the 14th of June, when judgment on the verified complaint was rendered against the defendant. Every fact necessary to give jurisdiction is attested, and the appellant is appealing from a judgment taken by default. This he cannot do. Otis v. Spencer, 16 N. Y. 610; Gormley v. Brooklyn R. R. Co., 52 Misc. Rep. 495, 102 N. Y. Supp. 692. Appellant's whole contention is that defendant had not been served with the summons. This question was submitted to and determined by the trial justice, and this court cannot review his ruling on this appeal. The appeal should be dismissed, with $10 costs.

---

ELLIOTT, Respondent, v. COWLES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Homer R. Elliott against Adolphus E. Cowles. No opinion. Order affirmed, with costs.

---

ERBER v. SCHREIBER. ROSENSHIEN v. RUBIN. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Actions by Emil Erber against Gustave Schreiber, and by Lena Rosenshien against Sigmund Rubin. No opinions. Motions granted, with $10 costs. Orders filed.

---

ERNST v. WHEATLEY. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Moritz L. Ernst against Edward M. Wheatley. No opinion. Motion denied, with $10 costs. Order filed.

---

ESCOPUS CO-OPERATIVE FIRE INS. CO., Respondent, v. OSBORN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by the Escopus Co-operative Fire Insurance Company against Henry W. Osborn. No opinion. Judgment of the County Court affirmed, with costs.

---

FAHEY v. LYNCH. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Mary Fahey, individually, etc., against Thomas F. Lynch. No opinion. Motion granted, with $10 costs. Order filed.

---

FALLERT, Respondent, v. FALLERT, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Georgiana Fallert against George W. Fallert.

PER CURIAM. Order of the County Court of Kings county, denying motion to vacate order to examine Joseph Fallert, Berthold Fallert, and Henrietta Fallert as witnesses before trial, reversed, and order for examination vacated, with $10 costs and disbursements. Order of the County Court of Kings county denying motion to vacate order to examine Joseph Fallert Brewing Company as a witness before trial reversed, and the order for examination vacated, with $10 costs and disbursements. The necessary jurisdictional facts are not stated in the affidavits upon which the said orders for examination were granted, and, although the only action between the parties is one pending in the Supreme Court, each of these orders is entitled in an action in the County Court.

---

FEATHERSTONE FOUNDRY CO., Respondent, v. NEW YORK BREWERIES CO., Appellant. (Supreme Court, Appellate Division,